**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ALI GULEC,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-14753

Judge Mary M. Rowland

Magistrate Judge Maria Valdez

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 67 | waerte |
| 37 | Xiamen Dingdang Garment Co., Ltd. |
| 57 | Venus*L |
| 73 | ShenZhenShiXiuRongDianZiShangWuYouXianGongSi |
| 33 | Automool |
| 78 | Pinky Beauty Australia |
| 79 | True Love Jewellery |
| 81 | ZORRO |
| 25 | Locacus |
| 39 | YueShen |
| 75 | 自注册1 |
| 51 | Sinqerisht |
| 87 | Shuntuo., Ltd |
| 88 | Yinsihan |
| 86 | Grianlook |
| 84 | JenniferLiz |
| 89 | Olite shop |

DATED: November 26, 2023  Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312- 971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 26, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                            */s/ Keith A. Vogt*
                                            Keith A. Vogt